IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : : : |
| Plaintiff, | : : |
| v. | :    Civil Action No. 10-077-JJF-LPS : |
| GOOGLE INC., | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above-captioned case has been recently assigned to me;

WHEREAS, due to my intended retirement on July 31, 2010, and the need to complete scheduled matters, the Court finds referral to a Magistrate Judge is warranted in order to maintain management of newly assigned cases;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned case is referred to Magistrate Judge Stark to hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

_February 12, 2010_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE