**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | |
| Plaintiff, | **Civil Action No. 10-077-JJF-LPS** |
| v. | **JURY TRIAL DEMANDED** |
| GOOGLE INC., | |
| Defendant. | |

**STIPULATION TO STAY ACTION**

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed its Complaint for Patent Infringement against Defendant Google Inc. ("Google") on January 29, 2010;

WHEREAS, at the time the above-captioned matter was filed, St. Clair identified the related actions styled as follows:

    a.    *St. Clair Intellectual Property Consultants, Inc. v. Samsung Electronics Co., et al.*, C.A. No. 04-1436-JJF-LPS (D. Del.) (the "*Samsung* related action");

    b.    *St. Clair Intellectual Property Consultants, Inc. v. Siemens AG, et al.*, C.A. No. 06-403-JJF-LPS (D. Del.) (the "*Siemens* related action");

    c.    *St. Clair Intellectual Property Consultants, Inc. v. LG Electronics Inc., et al.*, C.A. No. 06-404-JJF-LPS (D. Del.) (the "*LG* related action");

    d.    *St. Clair Intellectual Property Consultants, Inc. v. Research In Motion LTD., et al.*, C.A. No. 08-371-JJF-LPS (D. Del.) (the "*RIM* related action"); and

77351v1

  e.  *St. Clair Intellectual Property Consultants, Inc. v. Fujifilm Holdings Corp., et al.*,

C.A. No. 08-373-JJF-LPS (D. Del.) (the "*Fujifilm* related action"); and

WHEREAS, the *Samsung*, *Siemens*, *LG*, *RIM*, and *Fujifilm* related actions have been

stayed by the Court pending the outcome of the *St. Clair v. Fujifilm* appeal in the Federal Circuit

Court of Appeals (Case Nos. 2009-1052, 2010-1137, -1140) ("*St. Clair v. Fujifilm* appeal").

(*See* C.A. No. 04-1436-JJF-LPS, D.I. 1031, 1038; C.A. No. 06-403-JJF-LPS, D.I. 419, 420; C.A.

No. 06-404-JJF-LPS, D.I. 736, 742; C.A. No. 08-371-JJF-LPS, D.I. 456, 460; and C.A. No. 08-

373-JJF-LPS, D.I. 331, 335); and

WHEREAS, in light of the stays in the *Samsung*, *Siemens*, *LG*, *RIM*, and *Fujifilm* related

actions, St. Clair and Google have agreed to stay the above-captioned matter pending a decision

in the *St. Clair v. Fujifilm* appeal;

NOW, THEREFORE, IT IS HEREBY STIPULATED**,** by and between the undersigned

counsel, subject to the Court's approval, that:

  1.  The above-captioned matter will be stayed until the Federal Circuit issues a

decision in the *St. Clair v. Fujifilm* appeal.

  2.  The parties shall advise the Court within ten (10) days of the issuance of a

decision from the Federal Circuit on the pending *St. Clair v. Fujifilm* appeal of the parties' views

as to the impact of that decision on the matters pending in the above-captioned matter.

SEITZ, VAN OGTROP & GREEN, P.A.                 CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Patricia P. McGonigle                       /s/ Arthur G. Connolly, III
_____               _____
George H. Seitz, III (No. 667)                  Arthur G. Connolly, III (No. 2667)
gseitz@svglaw.com                               aconnollyiii@cblh.com
Patricia P. McGonigle (No. 3126)                CONNOLLY BOVE LODGE & HUTZ LLP
pmcgonigle@svglaw.com                           1007 North Orange Street
SEITZ, VAN OGTROP & GREEN                        P.O. Box 2207
222 Delaware Avenue, Suite 1500                 Wilmington, DE 19899
P.O. Box 68                                     (302) 658-9141
Wilmington, DE 19899
(302) 888-0600

*Of Counsel:*                                   *Of Counsel:*

Ronald J. Schutz, Esq.                          Ramsey M. Al-Salam, Esq.
Jake M. Holdreith, Esq.                         PERKINS COIE LLP
Becky R. Thorson, Esq.                          1201 Third Ave., Suite 4800
Carrie M. Lambert, Esq.                         Seattle, WA 98101
Annie Huang, Esq.                               (206) 359-8000
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza                              *Attorneys for Defendant Google Inc.*
800 LaSalle Avenue
Minneapolis, MN 55402                           Dated:  July 27, 2010
(612) 349-8500

*Attorneys for Plaintiff St. Clair Intellectual
Property Consultants, Inc.*

Dated:  July 27, 2010


**SO ORDERED** this _____ day of _____, 2010.


                                                _____
                                                United States Magistrate Judge

3